# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 07-5108**                                   **September Term, 2006**

07cv00514

**FILED**   Filed On:

Antoine Gomis,
      Appellant

JUN − 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

v.

Department of Justice, et al.,
      Appellees



## ORDER

Upon consideration of appellant's motion for leave to proceed in forma pauperis and appellant's motion to reconsider, it is

**ORDERED** that the court's order issued May 4, 2007, referring to the district court appellant's application to proceed in forma pauperis, be vacated. See <u>LaFontant v. INS</u>, 235 F.3d 158 (D.C. Cir. 1998) (fee requirements of the Prison Litigation Reform Act of 1996 do not apply to appeal by incarcerated alien facing deportation). It is

**FURTHER ORDERED** that the motion for leave to proceed in forma pauperis be dismissed as moot. The district court's March 19, 2007 authorization to proceed in that court in forma pauperis is effective for proceedings in this court. See Fed. R. App. P. 24(a)(3). It is

**FURTHER ORDERED** that this case be returned to the court's active docket. The Clerk is directed to issue a briefing schedule.

The Clerk is directed to transmit a copy of this order to the District Court.

 

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:  *Sabrina M. Crisp*
Sabrina M. Crisp
Deputy Clerk