# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 07-5108**                                        **September Term, 2007**

07cv00514

**Filed On:**

Antoine Gomis,
       Appellant

v.

Department of Justice, et al.,
       Appellees



UNITED STATES COURT OF APPEALS FOR DISTRICT OF COLUMBIA CIRCUIT
FILED
OCT 25 2007
CLERK

**BEFORE:**   Ginsburg, Chief Judge, and Henderson and Kavanaugh, Circuit Judges

## ORDER

Upon consideration of the motion for reconsideration of the briefing schedule and to remand the record, which also contains requests for leave to appeal in forma pauperis, to hold the appeal in abeyance pending remand, and to stay "removal" and issuance of the mandate, it is

**ORDERED** that the request for leave to proceed in forma pauperis be dismissed as moot. This court's order filed June 6, 2007, stated that appellant's in forma pauperis status in district court is effective for proceedings in this court. It is

**FURTHER ORDERED** that the motion for reconsideration of the briefing schedule, the motion for remand, and all other requested relief be denied. It is

**FURTHER ORDERED**, on the court's own motion, that the district court's dismissal order filed March 19, 2007, be summarily affirmed. Appellant's filing of a motion for remand placed the merits of this appeal before the court. Because the appropriate disposition is so clear, summary action is warranted. See Taxpayers Watchdog, Inc. v. Stanley, 819 F.2d 294, 297 (D.C. Cir. 1987) (per curiam). The district court did not abuse its discretion in dismissing appellant's complaint without prejudice on the ground that it did not meet the requirements of Federal Rule of Civil Procedure 8(a), as the complaint failed to contain "a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a). See also Bell Atlantic Corp. v. Twombly, 127 S. Ct. 1955, 1965 n.3 (2007) ("Rule 8(a) 'contemplate[s] the statement of circumstances, occurrences, and events in support of the claim presented' and does not authorize a pleader's 'bare averment that he wants relief and is entitled to it.'") (quoting 5 C. Wright & A. Miller, Federal Practice & Procedure § 1202, at 94, 95 (3d ed. 2004)).

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 07-5108**                                **September Term, 2007**

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**